# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00775-CV

**Jessica Velte and Paul Velte, Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
## NO. 08-1973, HONORABLE J. F. CLAWSON, JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Jessica and Paul Velte have informed the Court that they no longer wish to pursue their appeal because the appeal is moot, and they have filed a motion to dismiss. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Appellants' Motion

Filed:   February 12, 2009